IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1797-JLK**

**UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL NO. 7,**

    Plaintiff and Counter Defendant,

v.

**GRUMA CORPORATION, d/b/a Mission Foods, Inc.,**

    Defendant and Counter Claimant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Withdraw Jury Trial Request (doc #15), filed April 30, 2008, is GRANTED. The request for jury trial on all issues is deemed withdrawn.

---

Dated: July 2, 2008